Forrest L. MORRISON and Patty Morrison, Appellants,

v.

Robert Eugene COLSTER, Respondent.

No. WD 35075.

Missouri Court of Appeals, Western District.

Jan. 22, 1985.

Stephen William Angle, Warrensburg, for appellants.

Charles Edward Weedman, Jr., Crouch, Crouch, Spangler & Douglas, Harrisonville, for respondent.

Before LOWENSTEIN, P.J., and SOMERVILLE and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from judgment in favor of defendant and against plaintiffs on the latter parties' claims for personal injuries and loss of consortium arising out of an automobile collision.

Affirmed. Rule 84.16(b).